IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 15-23523-CMB |
| Marita D. Zumpano | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Marita D. Zumpano | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Ocwen Loan Servicing, LLC | : | |
| | : | |
| Respondent | : | |

## MOTION FOR LOSS MITIGATION

1. The Debtor in this case hereby requests the commencement of the Court's *Loss Mitigation Program* (LMP) as set forth in *W.PA.LBR 9020-1 through 9020-7* with respect to property located at: 128 High Oak Place, Pittsburgh, PA 15220

2. The Creditor is Ocwen Loan Servicing, LLC and is registered on the Portal.

3. The Creditor is the holder of a first mortgage.

4. A *Certification of LMP Eligibility and Readiness* (Local Bankruptcy Form 40) and a *Proposed Loss Mitigation Order* (Local Bankruptcy Form 41) are attached to this Motion pursuant to *W.PA.LBR 9020-2(c)*.

5. Pursuant to *W.PA.LBR 9020-2(d)*, any objection to the relief requested herein must be filed within fourteen (14) days of service of the Motion.

Date: 11/11/15           Signed: s/Francis E. Corbett

Francis E. Corbett_____
Name of Attorney - Typed
310 Grant St., Ste. 1420, Pittsburgh PA 15219_____
Postal Address of Attorney
fcorbett@fcorbettlaw.com_____
Email Address of Attorney
412 456-1882_____
Phone Number of Attorney
PA ID# 37594_____
Attorney's Bar I.D. and State of Admission