## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No. 15-23523 CMB** |
| **Marita D. Zumpano,** | ) |
| | ) **Chapter** 13 |
|     **Debtor,** | ) |
| | ) **Document No.** |
| **Deutsche Bank National Trust Company,** | ) |
| | ) **Related to Doc. Nos. 41, 43** |
|     **Movant,** | ) |
|         **vs.** | ) |
| | ) |
| **Marita D. Zumpano and** | ) |
| **Ronda J. Winnecour, Trustee** | ) |
|     **No Respondents.** | ) |

### DECLARATION THAT THE PLAN IS SUFFICIENT
### TO COVER THE MORTGAGE PAYMENT CHANGE

And now, comes the Debtor, by and through her attorney, Francis E. Corbett respectfully represents as follows:

1. The plan has scheduled payments in the amount of $962.00, the plan is not yet finally confirmed.

2. The Notices of Mortgage Payment Change filed at Docket Nos. 41 and 43 recite a payment of $696.23.

3. The Plan should incorporate the payment of $696.23 as of July 1, 2016.

**Date:  06/27/16**                              s/ Francis E. Corbett
                                                     **Francis E. Corbett, Esquire PA I.D. #37594**
                                                   **fcorbett@fcorbettlaw.com**
                                                   **310 Grant Street, Suite 1420**
                                                   **Pittsburgh, PA  15219-2230**
                                                   **(412) 456-1882**