## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Marita D. Zumpano,<br><br>　　　　　Debtor(s). | Chapter 13<br><br>Case No. 15-23523-CMB |
| Rhonda J. Winnecour, Chapter 13 Trustee,<br><br>　　　　　Movant,<br><br>　　v.<br><br>Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1,<br><br>　　　　　Respondent(s). | |

### STIPULATION TO CONTINUE TRUSTEE'S MOTION TO COMPEL
### AND FOR SANCTIONS HEARING

The parties in the above-captioned matter, Rhonda J. Winnecour, Chapter 13 Trustee ("Trustee") and Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Equifirst Loan Securitization Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("Ocwen" and collectively with the Trustee, the "Parties"), by its counsel, Brett L. Messinger, Esquire, hereby request, stipulate and agree, as follows:

1.　On July 5, 2017, Trustee filed a Motion to Compel and for Sanctions ("Motion") in the above-referenced bankruptcy proceeding and the hearing on the Motion was set for August 23, 2017, Docket No. 58 and 59.

2.　A Proceeding Memo Continuing Hearing was signed on August 23, 2017, continuing the hearing to December 20, 2017, Docket No. 66.

3. A Proceeding Memo Continuing Hearing was signed on December 20, 2017, continuing the hearing to February 28, 2018, Docket No. 74.

4. A Proceeding Memo Continuing Hearing was signed on February 28, 2018, continuing the hearing to May 16, 2018, Docket No. 84.

5. On April 4, 2018, an Order was signed stating that "On or Before 4/15/2018, Ocwen Must File a Statement as to which Attorney is Representing Ocwen With Respect to the Motion to Compel and for Sanctions" Docket No. 94.

6. Duane Morris has recently been appointed as counsel in these matters for Ocwen.

7. On May 16, 2018, Brett Messinger, the lead counsel, will be in Maryland Bankruptcy Court for another hearing.

8. Additionally, Duane Morris, need some additional time to resolve the Trustee's remaining issues.

9. In order to work towards an amicable resolution of this matter, the Parties have agreed to a continuance to June 20, 2018 at 11:00 a.m.

NOW THEREFORE, the Parties hereby stipulate and agree, as follows:

The hearing on the Motion to Compel and for Sanctions is continued to June 20, 2018 at 11:00 a.m.


Dated: May 2, 2018

| | |
|---|---|
| */s/ Rhonda J. Winnecour* | */s/ Brett L. Messinger* |
| Rhonda J. Winnecour | Brett L. Messinger, Esq. |
| Chapter 13 Trustee | PA ID 63020 |
| Suite 3250, USX Tower | Duane Morris LLP |
| 600 Grant Street | 30 South 17th Street |
| Pittsburgh, PA  15219 | Philadelphia, PA  19103-4196 |
| Phone: (412) 471-5566 | Phone: (215) 979-1000 |
| Facsimile: | Facsimile: (215) 979-1020 |
| Email: cmecf@chapter13trusteewdpa.com | Email: BLMessinger@duanemorris.com |
| | |
| *Movant Chapter 13 Trustee* | *Counsel for Respondent* |