## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>**David B. Battaglia and Yvette A. Battaglia**,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 15-23085-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant(s),<br><br>v.<br><br>Ocwen Loan Servicing, LLC, et al.<br>Respondent(s). | Related to Docket Nos. 78, 79, 93, 95, 99, 100, 102, 104<br><br>Hearing: July 18, 2018 at 10:00 a.m. |
| In re:<br>**James E. Makin, Jr. and Linda L. Makin**,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 15-23054-GLT |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant(s),<br>v.<br><br>Ocwen Loan Servicing, LLC, et al.<br>Respondent(s). | Related to Docket Nos. 54, 55, 59, 64, 67, 74, 77<br><br>Hearing: July 18, 2018 at 10:00 a.m. |
| In re:<br>**Christine D. Ranko**,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 15-23197-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant(s),<br><br>v.<br><br>Ocwen Loan Servicing, LLC, et al.<br>Respondent(s). | Related to Docket Nos. 58, 73, 77, 79, 81<br><br>Hearing: July 18, 2018 at 10:00 a.m. |

| In re:<br>**Steve J. Taper and Juliana M. Taper,**<br><br>Debtor(s). | Chapter 13<br><br>Case No. 15-22731-GLT |
|---|---|
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant(s),<br><br>v.<br><br>Ocwen Loan Servicing, LLC, et al.<br>Respondent(s). | Related to Docket Nos. 45, 46, 54, 97, 99, 101<br><br>Hearing: July 18, 2018 at 10:00 a.m. |
| In re:<br>**Marita D. Zumpano,**<br><br>Debtor(s). | Chapter 13<br><br>Case No. 15-23523-CMB |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>Movant(s),<br><br>v.<br><br>Ocwen Loan Servicing, LLC, et al.<br>Respondent(s). | Related to Docket Nos. 58, 59, 66, 74, 84, 100, 101, 105<br><br>Hearing: July 18, 2018 at 10:00 a.m. |

## **CONSENT MOTION TO CONTINUE**

The parties in the above-captioned matters, Movant, Ronda J. Winnecour, Chapter 13 Trustee ("Movant") and Creditors/Respondents, Ocwen Loan Servicing, LLC, et al. ("Respondents" and collectively the "Parties") hereby request, stipulate and agree to continue the hearing date on Movant's Motions to Compel and for Sanctions ("Motion to Compel") filed as *in re Battaglia as ECF No. 78, in re Makin as ECF No. 54, in re Ranko as ECF No. 58, in re Taper as ECF No. 45, and in re Zumpano as ECF No. 58*. The Parties request to continue the hearing date from July 18, 2018 to August 15, 2018 at 10:00 a.m. or a date later than July 31, 2018 that is convenient for the Court. In support of this Consent Motion, the Parties state as follows:

1. Between July 5 - 6, 2017, the Movant filed Motions to Compel and for Sanctions ("Motion") in all five of the cases listed above, against Respondents.

2. The hearings on the Motions were continued numerous times.

3. Between April 20, 2018 and April 30, 2018, Respondent hired Brett L. Messinger to represent their interests and Notices of Appearance were filed in each case.

4. Currently the hearings are set for July 18, 2018.

5. Judge Agresti has set his Order to Show Cause hearings, in these and 26 other cases for July 31, 2018, at 10:00 a.m., and the Parties request the instant hearings to be set after Judge Agresti's hearing.

6. No parties will be prejudiced if the relief requested herein is granted.

7. NOW THEREFORE, the Parties hereby request that the Court enter an order continuing the hearings set for July 18, 2018 to August 15, 2018 at 10:00 a.m. or a date later than July 31, 2018 that is convenient for the Court.

Dated: July 11, 2018                                                            Respectfully submitted,

| By:  /s/Ronda J. Winnecour<br>Ronda J. Winnecour<br>Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone: (412) 471-5566<br>Email: rwinnecour@chapter13trusteewdpa.com | By:  /s/ Brett L. Messinger<br>Brett L. Messinger, Esquire<br>PA ID No. 63020<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 979-1000<br>Email: BLMessinger@duanemorris.com<br><br>Attorneys for Ocwen Loan Servicing, LLC, et al. |
|---|---|

DM1\8848739.1