**Fill in this information to identify your case:**

Debtor 1: Marita D. Zumpano
    First Name     Middle Name     Last Name

Debtor 2: _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: District Of Pennsylvania Western

Case number: 15-23523 CMB
(If known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
**Both debtors must sign and date the form.**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Hold Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Ocwen Loan Servicing, LLC <br> Description of property securing debt: Residence | ☒ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☒ Yes |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |
| Creditor's name: <br> Description of property securing debt: | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: _____ | ☐ No <br> ☐ Yes |

Your name   Marita D. Zumpano                                         Case number (*If known*) 15-23523 CMB
          First Name    Middle Name    Last Name

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |
| Lessor's name: | ❑ No |
| Description of leased property: | ❑ Yes |

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✗ s/Marita D. Zumpano                                  ✗ _____
Signature of Debtor 1                                     Signature of Debtor 2

Date 02/19/2019                                           Date _____
     MM / DD / YYYY                                            MM / DD / YYYY

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 15-23523-CMB |
| | ) |
| **Marita D. Zumpano,** | ) Chapter 7 |
| | ) |
| **Debtor.** | ) Docket No. |
| | ) |

## CERTIFICATE OF SERVICE

I, Francis E. Corbett, verify under penalty of perjury that a copy of **Statement of Intention for Individuals Filing under Chapter 7** were served on the following by NECF:

Office of the U.S. Trustee ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee cmecf@chapter13trusteewdpa.com
Peter J. Ashcroft, Esquire pashcroft@bernsteinlaw.com
Mario J. Hanyon, Esquire pawb@fedphe.com
Jodi L. Hause, Esquire jodi.hause@phelanhallinan.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
Brett L. Messinger, Esquire blmessinger@duanemorris.com
William E. Miller, Esquire wmiller@sterneisenberg.com
Joseph P. Schalk, Esquire jschalk@barley.com
Natalie Lutz Cardiello, Esquire ncardiello@comcast.net

And on the following party by first class mail:

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, Florida 33416-4738


**DATED:  02/19/19**                    s/Francis E. Corbett
                                        **Francis E. Corbett, Esquire, PA ID #37594**
                                        **fcorbett@fcorbettlaw.com**
                                        **Mitchell Building - 707**
                                        **304 Ross Street**
                                        **Pittsburgh, PA  15219-2230**
                                        **(412) 456-1882**